**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

RADC/CADC VENTURE, LLC,

       Plaintiff,

v.                                                    Case No. 10-10981

AUDUBON RIDGE LLC, et al.,

       Defendants.
                                        /

**ORDER PARTIALLY STAYING CASE**

On December 13, 2010, Defendants Jack L. Rosenzweig, Marc A. Rosenzweig, and Todd E. Rosenzweig each filed with this court a "Notice of Bankruptcy Case Filing," notifying this court that each of these Defendants has filed for Chapter 7 bankruptcy in the United States Bankruptcy Court for the Eastern District of Michigan on November 16, 2010. Defendants Audubon Ridge, LLC, and Clifford J. Dovitz have not filed for bankruptcy. Under the automatic stay provision of the Bankruptcy Code, a bankruptcy petition operates as a stay of any judicial proceedings against the debtor. *See* 11 U.S.C. § 362(a). Accordingly,

IT IS ORDERED that this action is STAYED with respect to Defendants Jack L. Rosenzweig, Marc A. Rosenzweig, and Todd E. Rosenzweig pending the outcome of Defendants' bankruptcy cases. Such stay is not to be construed as a disposition in this matter, and the matter may be reopened merely upon filing notice with the court, without further fee or cost.

                                              s/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated: February 3, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 3, 2011, by electronic and/or ordinary mail.

s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522
