UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RADC/CADC VENTURE, LLC,

    Plaintiff,

v.                                             Case No. 10-10981

AUDUBON RIDGE LLC, et al.,

    Defendants.
                                                  /

**ORDER OF DISMISSAL**

        The parties have notified the court that they have reached a mutually agreeable resolution to the above-captioned matter. The terms of their resolution will be memorialized in writing by the parties. Accordingly,

        IT IS ORDERED that the above-entitled action is DISMISSED without costs and without prejudice to the right of either party to move by **September 30, 2011**, to vacate this order if settlement is not consummated. After **September 30, 2011**, this dismissal is with prejudice.

         s/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: July 29, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 29, 2011, by electronic and/or ordinary mail.

         s/Lisa Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522