UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

2010-1 RADC/CADC Venture, LLC,

    Plaintiff,

Case No. 2:10-cv-10981
Judge: Hon. Robert Cleland

AUDUBON RIDGE, L.L.C., a Michigan
limited liability company, JACK ROSENZWEIG,
an individual, TODD ROSENZWEIG, an
individual, MARC ROSENZWEIG, an
individual, and CLIFFORD J. DOVITZ,
an individual,

    Defendants.
_____/

| | |
|---|---|
| Michael F. Wais (P45482) | Clifford J. Dovitz (P34196) |
| Timothy M. Wittebort (P41690) | Attorney for Defendants |
| Jeffrey A. Hoover (P71447) | Dovitz Law Offices |
| Howard & Howard Attorneys, P.C. | 1750 South Telegraph Road, Ste.106 |
| Attorneys for Plaintiff | Bloomfield Hills, MI 48302 |
| 450 West Fourth Street | (248) 758-2141 |
| Royal Oak, MI 48067 | |
| (248) 645-1483 | |

## CONSENT JUDGMENT AND ORDER

WHEREAS, the parties, through undersigned counsel having agreed to the entry of the following order and the Court being otherwise advised in the premises:

NOW, THEREFORE, IT IS HEREBY ORDERED and agreed that a CONSENT JUDGMENT is hereby entered in favor of Plaintiff and against Defendant Audubon Ridge L.L.C. only in the amount of $512,398.76 plus interest from July 27, 2011 through the date of payment at the statutory rate.

IT IS HEREBY FURTHER ORDERED that Plaintiff's Complaint filed in this matter shall be, and hereby is, DISMISSED WITHOUT PREJUDICE against all of the individual

Defendants in this case, to-wit: Jack Rosenzweig, Todd Rosenzweig, Marc Rosenzweig and Clifford J. Dovitz.

IT IS HEREBY FURTHER ORDERED that within ten (10) days after receipt of a written request Defendants' attorney, Audubon Ridge L.L.C. shall execute a quit claim deed in lieu of foreclosure for the real property commonly known as 41295 Fourteen Mile, Novi, Michigan (the "Property") to Plaintiff (or its assigns). Plaintiff acknowledges that the Property is encumbered by a second mortgage in favor of Stuart Leve, LLC, and other instruments and any conveyance from Audubon Ridge LLC to Plaintiff or its assigns shall be subject to all such recorded encumbrances.

IT IS SO ORDERED.


8/11/2011                                        s/Robert H. Cleland
                                                 US DISTRICT COURT JUDGE


THE UNDERSIGNED HEREBY STIPULATE
TO THE ENTRY OF THE FOREGOING ORDER:


**HOWARD & HOWARD ATTORNEYS PLLC**

By:   /s/ Jeffrey A. Hoover
Jeffrey A. Hoover (P71447)
Michael F. Wais (P45482)
Timothy M. Wittebort (P41690)
Attorneys for Plaintiff
450 West Fourth Street
Royal Oak, MI  48067
(248) 645-1483

**DOVITZ LAW OFFICES**

By:   /s/ with consent of Clifford J. Dovitz
Clifford J. Dovitz (P34196)
Attorney for Defendants
1750 South Telegraph Road, Suite 106
Bloomfield Hills, MI 48302
(248) 758-2141

2

1853924v2